WILLARD K. TOM
General Counsel
SARAH SCHROEDER (Cal. Bar No. 221528)
KERRY O'BRIEN (Cal. Bar No. 149264)
LAURA FREMONT (Cal. Bar No. 159670)
Staff Attorneys
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415) 848-5100
Facsimile: (415) 848-5184
e-mail: sschroeder@ftc.gov; kobrien@ftc.gov
lfremont@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

EDMUND G. BROWN JR.
Attorney General of the State of California
FRANCES T. GRUNDER (Cal. Bar No. 163804)
Senior Assistant Attorney General
DANIEL A. OLIVAS (Cal. Bar No. 130405)
Supervising Deputy Attorney General
300 South Spring Street, Suite 1702; Los Angeles, CA 90013
Telephone: (213) 897-2705; Facsimile: (213) 897-4951
e-mail: dan.olivas@doj.ca.gov
Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

CHRIS KOSTER
Attorney General of the State of Missouri
STEWART FREILICH (Mo. Bar No. 36924)
JOHN PHILLIPS (Mo. Bar No. 55159)
Assistant Attorneys General
1530 Rax Court; Jefferson City, MO 65109
Telephone: (573) 751-7007; Facsimile: (573) 751-2041
e-mail: stewart.freilich@ago.mo.gov; john.phillips@ago.mo.gov
Attorneys for Plaintiff
STATE OF MISSOURI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, THE PEOPLE OF THE STATE OF CALIFORNIA, AND THE STATE OF MISSOURI,

Plaintiffs,

v.

US FORECLOSURE RELIEF CORP., a corporation, also d/b/a U.S. Foreclosure Relief, Inc., Lighthouse

Case No. SACV09-768 JVS (MLGX)

**STIPULATION FOR ENTRY OF FINAL JUDGMENT**

Services, and California Foreclosure Specialists,

H.E. SERVICING, INC., a corporation,

CRESIDIS LEGAL, A PROFESSIONAL CORPORATION, a corporation, also d/b/a Homeowners Legal Assistance and f/k/a Citadel Legal, a Professional Corporation,

GEORGE ESCALANTE, individually and as an officer of US FORECLOSURE RELIEF CORP. and of H.E. SERVICING, INC.,

CESAR LOPEZ, individually and also trading and doing business as H.E. Service Company,

ADRIAN POMERY, ESQ., individually and also trading and doing business as Pomery & Associates, and

BRANDON MORENO, ESQ., individually and as an officer of CRESIDIS LEGAL, A PROFESSIONAL CORPORATION,

Defendants.

1. Plaintiffs Federal Trade Commission, the People of the State of California, and the State of Missouri, and Defendants Brandon Moreno and Cresidis Legal, appearing through their respective counsel in this action, hereby stipulate to entry of the proposed Stipulated Final Judgment, a copy of which has been lodged with this Stipulation.

2. The Court may immediately sign and enter the Stipulated Final Judgment, with no further notice or hearing.

/

/

/

/

Dated: September 13, 2010

WILLARD K. TOM
General Counsel

SARAH SCHROEDER
KERRY O'BRIEN
LAURA FREMONT
Attorneys for Plaintiff
Federal Trade Commission

EDMUND G. BROWN JR.
Attorney General, State of California

Dated: Sept. 13, 2010

DANIEL A. OLIVAS
Attorney for Plaintiff
The People of the State of California

CHRIS KOSTER
Attorney General of Missouri

Dated: 9/13, 2010

STEWART FREILICH
JOHN PHILLIPS
Attorneys for Plaintiff
State of Missouri

Dated: ____________, 2010

BRANDON MORENO

Defendant Brandon Moreno
Individually and as an officer of Cresidis Legal, A Professional Corporation

Dated: September 13, 2010

OUTWATER & PINCKES, LLP

By: ____________
David E. Outwater
Attorney for Defendants
Brandon Moreno and Cresidis Legal, A Professional Corporation

Dated: ____________________, 2010

WILLARD K. TOM
General Counsel

____________________
SARAH SCHROEDER
KERRY O'BRIEN
LAURA FREMONT
Attorneys for Plaintiff
Federal Trade Commission

EDMUND G. BROWN JR.
Attorney General, State of California

Dated: ____________________, 2010

____________________
DANIEL A. OLIVAS
Attorney for Plaintiff
The People of the State of California

CHRIS KOSTER
Attorney General of Missouri

Dated: ____________________, 2010

____________________
STEWART FREILICH
JOHN PHILLIPS
Attorneys for Plaintiff
State of Missouri

Dated: September 13, 2010

BRANDON MORENO

____________________
Defendant Brandon Moreno
Individually and as an officer of Cresidis Legal, A Professional Corporation

Dated: September 13, 2010

OUTWATER & PINCKES, LLP

By: ____________________
David E. Outwater
Attorney for Defendants
Brandon Moreno and Cresidis Legal, A Professional Corporation

**CERTIFICATE OF SERVICE**

This is to certify that on September 13, 2010, I served true and correct copies of the attached STIPULATION FOR ENTRY OF FINAL JUDGMENT and STIPULATED FINAL JUDGMENT FOR PERMANENT INJUNCTION AND SETTLEMENT OF CLAIMS AS TO DEFENDANTS BRANDON MORENO AND CRESIDIS LEGAL, A PROFESSIONAL CORPORATION, via electronic mail to:

David E. Outwater, Esq.
Outwater & Pinckes, LLP
Attorney for Brandon Moreno and Cresidis Legal
doutwater@oplawyers.com

Daniel A Olivas
Deputy Attorney General for the State of California
dan.olivas@doj.ca.gov

Stewart Freilich
Assistant Attorney General for the State of Missouri
stewart.freilich@ago.mo.gov

I swear under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2010, at San Francisco, California.

/s/

Sarah Schroeder